IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD R. SCHAFFER, JR. | : | CIVIL ACTION |
| v. | : | |
| NORTHAMPTON COUNTY et al | : | No. 07-cv-3514 |
| KENDALL L. KINCHEN | : | CIVIL ACTION |
| v. | : | |
| NORTHAMPTON COUNTY, et al. | : | No. 07-cv-3732 |
| PATRICK M. MOHR | : | CIVIL ACTION |
| v. | : | |
| NORTHAMPTON COUNTY, et al. | : | No. 07-cv-4341 |
| FRANK M. MILLER | : | CIVIL ACTION |
| v. | : | |
| NORTHAMPTON COUNTY, et al. | : | No. 07-cv-4414 |
| MAURICE W. BRADLEY | : | CIVIL ACTION |
| v. | : | |
| NORTHAMPTON COUNTY, et al. | : | No. 08-cv-397 |
| DENNIS W. HOLLAND | : | CIVIL ACTION |
| v. | : | |
| NORTHAMPTON COUNTY, et al. | : | No. 08-cv-463 |
| RANDALL J. GUINTA | : | CIVIL ACTION |
| v. | : | |
| NORTHAMPTON COUNTY, et al. | : | No. 08-cv-464 |
| EDIBERTO JIMINEZ | : | CIVIL ACTION |
| v. | : | |
| NORTHAMPTON COUNTY, et al. | : | No. 08-cv-699 |
| BRADLEY T. GILBERT | : | CIVIL ACTION |
| v. | : | |
| NORTHAMPTON COUNTY, et al. | : | No. 08-cv-701 |
| EDWIN LABOY | : | CIVIL ACTION |
| v. | : | |
| NORTHAMPTON COUNTY, et al. | : | No. 08-cv-943 |
| ANGEL DEJESUS, JR. | : | CIVIL ACTION |
| v. | : | |
| NORTHAMPTON COUNTY, et al. | : | No. 08-cv-944 |

FILED
JAN 30 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

| | | |
|---|---|---|
| CARL T. LASSITER<br>v.<br>NORTHAMPTON COUNTY, et al. | :<br>:<br>: | CIVIL ACTION<br><br>No. 08-cv-1285 |
| RONALD G. SANTIAGO<br>v.<br>NORTHAMPTON COUNTY, et al. | :<br>:<br>: | CIVIL ACTION<br><br>No. 08-cv-2167 |
| JAMAINE M. MCLAUGHLIN<br>v.<br>NORTHAMPTON COUNTY, et al. | :<br>:<br>: | CIVIL ACTION<br><br>No. 08-cv-2168 |
| STEPHEN G. WEAVER, JR.<br>v.<br>NORTHAMPTON COUNTY, et al. | :<br>:<br>: | CIVIL ACTION<br><br>No. 08-cv-2179 |
| BENJAMIN HARRIS<br>v.<br>NORTHAMPTON COUNTY, et al. | :<br>:<br>: | CIVIL ACTION<br><br>No. 08-cv-3142 |
| TROY A. MEUSA<br>v.<br>NORTHAMPTON COUNTY, et al. | :<br>:<br>: | CIVIL ACTION<br><br>No. 08-cv-3291 |
| JOSEPH LODUCA<br>v.<br>NORTHAMPTON COUNTY, et al. | :<br>:<br>: | CIVIL ACTION<br><br>No. 08-cv-3292 |
| RONDEL J. KEARSE<br>v.<br>NORTHAMPTON COUNTY, et al. | :<br>:<br>: | CIVIL ACTION<br><br>No. 08-cv-3628 |
| HASON L. LEWIS<br>v.<br>NORTHAMPTON COUNTY, et al. | :<br>:<br>: | CIVIL ACTION<br><br>No. 08-cv-4296 |
| LUIS G. BAEZ, SR.<br>v.<br>NORTHAMPTON COUNTY, et al. | :<br>:<br>: | CIVIL ACTION<br><br>No. 08-cv-4327 |
| JOSEPH C. DAVELLA<br>v.<br>NORTHAMPTON COUNTY, et al. | :<br>:<br>: | CIVIL ACTION<br><br>No. 08-cv-4677 |

| | | |
|---|---|---|
| DAVID S. ASEWICZ | : | CIVIL ACTION |
| v. | : | |
| NORTHAMPTON COUNTY, et al. | : | No. 08-cv-4708 |
| BRIAN A. HENDRICKS | : | CIVIL ACTION |
| v. | : | |
| NORTHAMPTON COUNTY, et al. | : | No. 08-cv-4732 |
| MICHAEL L. PETERSON | : | CIVIL ACTION |
| v. | : | |
| NORTHAMPTON COUNTY, et al. | : | No. 08-cv-5947 |
| RONALD HOLOTA, JR. | : | CIVIL ACTION |
| v. | : | |
| NORTHAMPTON COUNTY, et al. | : | No. 08-cv-5948 |
| ERIC HOCKIN | : | CIVIL ACTION |
| v. | : | |
| NORTHAMPTON COUNTY, et al. | : | No. 09-cv-107 |
| ANTHONY FERNANDEZ | : | CIVIL ACTION |
| v. | : | |
| NORTHAMPTON COUNTY, et al. | : | No. 09-cv-320 |

### CONSOLIDATED DISCOVERY SCHEDULING ORDER

AND NOW, this 29th day of January, 2009, upon consideration of the parties' joint request for amendment of the Court's 10/15/08 discovery order and following a telephonic conference with the parties, it is ORDERED that the discovery deadlines in the above-captioned consolidated cases are amended as follows:

1. Discovery Deadline. All fact discovery in cases 07-cv-3514, 07-cv-3732, 07-cv-4414, 07-cv-4341, 08-cv-464, 08-cv-463, 08-cv-397, 08-cv-701, 08-cv-1285, 08-cv-944, 08-cv-943, 08-cv-699, 08-cv-02168, 08-cv-2167, 08-cv-2179, 08-cv-3142, 08-cv-3291, 08-cv-3292, 08-cv-3628, 08-cv-4327, 08-cv-4296, 08-cv-4677, 08-cv-4708, and 08-cv-4732

shall be completed by **March 30, 2009**. The parties shall make all motions to compel no more than **two weeks** after this deadline.

2. Expert Testimony. On or before **April 30, 2009**, plaintiff(s) shall identify and submit curriculum vitae for all expert witnesses on liability and damages who have not been identified. On or before **April 30, 2009**, plaintiff(s) shall serve defendant(s) with all information required by Federal Rule of Civil Procedure 26(a)(2) for all expert witnesses on liability or damages.

3. Plaintiff(s) shall make his/her expert(s) available for deposition by **May 30, 2009**.

4. Requests for physical or mental examinations of the parties, if any, shall be made by **May 15, 2009**.

5. On or before **May 30, 2009**, defendant(s) shall identify and submit curriculum vitae for all expert witnesses on liability and damages who have not been identified. On or before **May 30, 2009**, defendant(s) shall serve plaintiff(s) with all information required by Federal Rule of Civil Procedure 26(a)(2) for all expert witnesses on liability or damages.

6. Defendant(s) shall make its expert(s) available for deposition by **June 30, 2009**.

7. All fact discovery in cases 08-cv-5947, 08-cv-5948, 09-cv-107, 09-cv-320, and any cases consolidated for discovery purposes hereafter, shall be completed by **120 days** after the filing date of each respective Complaint, with each plaintiff's expert report(s) due **30 days** thereafter, and each defendant's expert report(s) due **30 days** after receipt of plaintiff's expert report(s).

8. Further Consolidation. Furthermore, 09-cv-320 is consolidated with 07-cv-3514, 07-cv-3732, 07-cv-4341, 07-cv-4414, 08-cv-397, 08-cv-463, 08-cv-464, 08-cv-699, 08-cv-701, 08-cv-943, 08-cv-944, 08-cv-1285, 08-cv-2167, 08-cv-2168, 08-cv-2179, 08-cv-3142,

08-cv-3291, 08-cv-3292, 08-cv-3628, 08-cv-4296, 08-cv-4327, 08-cv-4677, 08-cv-4708, 08-cv-4732, 08-cv-5947, 08-cv-5948, and 09-cv-107 before this Court for the purposes of discovery only.

9. Settlement. The above-captioned cases are referred to United States Magistrate Judge Henry S. Perkin to schedule and conduct a settlement conference. This Consolidated Discovery Scheduling Order does not affect the settlement conference scheduled for **February 2, 2009 at 9:30 a.m.** before Magistrate Judge Perkin.

BY THE COURT:

_____
THOMAS M. GOLDEN, J.